**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JAMES KELLY MONROE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIV. ACTION NO. 25-00066-KD-N** |
| | ) | |
| **TRANSAMERICA,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge, (doc. 15), made under 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b), and S.D. Ala. GenLR72(c), and dated March 3, 2026, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this case is **DISMISSED** without prejudice.

**DONE** this **3rd day** of **April**, **2026**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**